IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOCAL 101 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants,<br><br>SANTA CLARA VALLEY WATER DISTRICT,<br><br>Indispensable Party/Party in Interest. | Case No. 5:14-cv-05640-BLF<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FROM CASE MANAGEMENT DEADLINES; AND DENYING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 25, 2015 HEARING** |

Plaintiff's motion for administrative relief from case management deadlines is **GRANTED**.

Plaintiff's request for permission to attend the June 25, 2015 hearing on Defendants' motion to dismiss the complaint pursuant to Fed. Rule Civ. Pro. 12(b)(6) by telephonic appearance through Court Call is **DENIED**. Plaintiff may file a request to have the motion submitted on the papers without oral argument.

All pending case management deadlines, including the joint case management statement due on March 26, 2015, and the Case Management Conference currently set for April 2, 2015, are vacated.

The Case Management Conference is RE-SET on August 6, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  March 19, 2015

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE