UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOCAL 101 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>Defendants. | Case No.  14-cv-05640-BLF<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SUBMIT MOTION TO DISMISS WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[RE:  ECF 46] |

The Court has reviewed Plaintiffs' request to submit the pending motion to dismiss on the papers, without oral argument, and Defendants' response thereto.  The request is GRANTED and the hearing set for June 25, 2015 is hereby VACATED.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  April 20, 2015

_____
BETH LABSON FREEMAN
United States District Judge