**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOCAL 101 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>Defendants. | Case No.  14-cv-05640-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; AND SETTING CASE SCHEDULE** |

The Case Management Conference scheduled for January 28, 2016 is VACATED.

The case schedule proposed by the parties in the Joint Case Management Statement filed on January 21, 2016 are ADOPTED:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 28, 2016 |
| Exert Disclosure (Initial): | Aug. 18, 2016 |
| Expert Disclosure (Rebuttal): | Sept. 8, 2016 |
| Expert Discovery Cut-Off: | Sept. 29, 2016 |
| Last day to file dispositive motions: | October 10, 2016 |
| Last day to file oppositions: | October 31, 2016 |
| Last day to file a reply: | Nov. 14, 2016 |
| Last day to hear dispositive motions: | Dec. 1, 2016 |
| Pretrial and Trial: | TBD after dispositive motions |

**IT IS SO ORDERED.**

Dated:  January 22, 2016

BETH LABSON FREEMAN
United States District Judge