# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LOCAL 101 OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br><br>    Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 14-cv-05640-BLF<br><br>**ORDER GRANTING STIPULATION TO MODIFY CASE SCHEDULE AS MODIFIED**<br><br>[Re: ECF 67] |

The parties seek modification of the case schedule. *See* ECF 67. Based on the Court's availability, the Court CONTINUES the dates as follows:

| Event | Current Date | Reset Date |
|---|---|---|
| Fact Discovery Cut-Off | July 28, 2016 | November 23, 2016 |
| Initial Expert Disclosure | August 18, 2016 | January 10, 2017 |
| Rebuttal Expert Disclosure | September 8, 2016 | January 31, 2017 |
| Expert Discovery Cut-Off | September 28, 2016 | February 21, 2017 |
| Last Day to File Dispositive Motions | October 10, 2016 | March 2, 2017 |
| Last Day to File Oppositions | October 31, 2016 | March 23, 2017 |
| Last Day to File Replies | November 14, 2016 | April 6, 2017 |
| Hearing on Dispositive Motions | December 1, 2016 | April 20, 2017 |

| Pretrial and Trial | TBD after dispositive motions | TBD after dispositive motions |
|---|---|---|

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge